**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| DONTE LOPEZ HOWARD | : CASE NUMBER A23-56294-JWC |
| | : |
| DEBTOR | : |

**TRUSTEE'S SUPPLEMENTAL REPORT**
**FOLLOWING CONFIRMATION HEARING**

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on September 12, 2023:**

As to whether the Debtor's plan payments are current

As to whether the Debtor provided a copy of a completed a business packet

As to whether the Debtor provided proof of mortgage payments

As to whether the Debtor filed a Rescheduled Notice of Hearing to include all appropriate creditors

**The Attorney for the Trustee has reviewed the case and:**

Recommends dismissal because:

The Debtor has failed to maintain plan payments

The Debtor has failed to provide a completed business packet

The Debtor has failed to provide proof of mortgage payments

*Please enter an Order of Dismissal*

This the 4th day of October, 2023.

　　　　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　　　Julie M. Anania,
　　　　　　　　　　　　　　Attorney for Chapter 13 Trustee
　　　　　　　　　　　　　　GA Bar Number 477064
　　　　　　　　　　　　　　303 Peachtree Center Ave., NE
　　　　　　　　　　　　　　 Suite 120
　　　　　　　　　　　　　　Atlanta, GA  30303
/mep　　　　　　　　　　　　janania@njwtrustee.com

# CERTIFICATE OF SERVICE

Case No:  A23-56294-JWC

I certify that on this day I caused a copy of this Chapter 13 Trustee's Supplemental Report following Confirmation Hearing to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

DONTE LOPEZ HOWARD
4946 CREEKSIDE LANE
POWDER SPRINGS, GA  30127

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Report following Confirmation Hearing using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

THE LAW OFFICE OF STANLEY J. KAKOL, JR.

This the 4th day of October, 2023.

/s/_____
    Julie M. Anania
    Attorney for the Chapter 13 Trustee
    State Bar No. 477064
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201